# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| PAMELA T. WILLIAMS,<br>f.k.a Pamela Thomas | ) | |
| | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| vs. | ) | Case No. CV1:13-18 |
| | ) | USCA No. 14-11100 |
| STATE FARM FIRE AND CASUALTY<br>INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant - Appellee. | ) | |

## O R D E R

The judgment in the above-styled action having been AFFIRMED by the United States

Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals

for the Eleventh Circuit, is made the Judgment of this Court. This Court's Order of

February 21, 2014, is final in all respects.

This _21st_ day of ___August___, 2014.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA